UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Stefanie Hatch Roach<br>107 Trellis Lane<br>Ladson, SC 29456<br>SSN xxx-xx-0450<br><br>Debtor. | CASE NO: 14-03388-jw<br><br>CHAPTER 13<br><br>NOTICE AND MOTION FOR LOSS MITIGATION/MORTGAGE MODIFICATION PURSUANT TO JUDGE WAITES' CHAMBERS GUIDELINES |

**To: HSBC Mortgage, and Parties in Interest**

The Debtor, through counsel, hereby moves the Court for an Order Requiring Loss Mitigation/Mortgage Modification with respect to the following property:

House and Lot located at
107 Trellis Lane
Ladson, SC 29456

Loan Number: 9604

HSBC Mortgage
2001 Bishops Gate Boulevard
Mt. Laurel, NJ 08054

The Debtor requests an order directing the parties to participate in the Loss Mitigation/Mortgage Modification via the Portal as set forth in Judge Waites' Chambers Guidelines, available at http://www.scb.circ4.dcn/ChambersJW.htm.

Prior to filing this Motion, Debtor's Counsel has also determined that:

The Mortgage Creditor is registered. The Debtor's Counsel will upload to the Portal Debtor's Prepared Package together with any additional forms or documents which the Mortgage Creditor may post on the Portal within 14 days after entry of the Order.

The Debtor has not previously sought loss mitigation/mortgage modification through any procedure/process during this or a prior bankruptcy case.

TAKE FURTHER NOTICE that any response, return and/or objection to this Motion should be filed with the Court no later than 14 days from service of the Motion and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this Motion, except as required by the Judge, unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on July 7, 2016 at 10:30 a.m. 145 King Street, Room 225, Charleston, South Carolina. No further notice of this hearing will be given.

_____          _____5/31/16_____
Robert R. Meredith, Jr., D.C. I.D. #06152          Date
Elizabeth R. Heilig, D.C. I.D. #10704
Meredith Law Firm, LLC
Attorneys for the Debtor
2411 North Oak Street, Suite 107
Myrtle Beach, SC 2957
843-445-6300

---

**NOTE REGARDING THIS FORM**: If the debtor proposes a moratorium of plan payments as a means of allowing payment of the no-look fee attributable to loss mitigation/mortgage modification services, if the debtor seeks to pay Debtor's Counsel a $2,000 initial distribution through the Chapter 13 plan, or if the debtor proposes to delay the resumption of regular mortgage payments, notice of such proposal shall be provided in this Notice and Motion for Loss Mitigation/Mortgage Modification and notice served on the affected mortgage creditor and the Chapter 13 Trustee.

# CERTIFICATE OF SERVICE

The above signing attorney certifies that on May 31, 2016, a copy of the foregoing Limited Notice of Appearance, Request for Notice, and Disclosure of Compensation was served on the Debtor, the Chapter 13 Trustee and any affected creditor by first class U.S. Mail at the following addresses:

**ELECTRONICALLY**

James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC 29465-0997

US Trustee Region 4
1835 Assembly Street #953
Columbia, SC 29201-2448

**VIA US MAIL**

Stefanie Hatch Roach
107 Trellis Lane
Ladson, SC 29456

HSBC Mortgage
2001 Bishops Gate Boulevard
Mt. Laurel, NJ 08054

Tara Rudman, Legal Assistant for
Robert R. Meredith, Jr., D.C. I.D. #06152
Elizabeth R. Heilig, D.C. I.D. #10704
Meredith Law Firm, LLC
Attorneys for the Debtor
4000 Faber Place Drive, Suite 120
North Charleston, SC 29407
(843)529-9000

Date: 5/31/16