B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re: Stefanie Hatch Roach                                  Case No. 14-03388-jw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | HSBC c/o PHH Mortgage Corp |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 6
Amount of Claim: $140,288.20
Date Claim Filed: 09/04/2014

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Phone:  888-699-5600                                      Phone:
Last Four Digits of Acct #: 9069                          Last Four Digits of Acct. #: 9604

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888-699-5600
Last Four Digits of Acct. #: 9069

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/T. Lowndes Pope                                    Date:  05/30/2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CASE NO.: 14-03388-jw |
| | ) Chapter 13 |
| Stefanie Hatch Roach | ) |
| | )       CERTIFICATE OF SERVICE |
| | ) |
| DEBTOR | ) |

This is to certify that I, Kristie Price, an employee with the law firm of Riley Pope & Laney, LLC, have this day caused to be served upon the person named below the attached Transfer of Claim in the above-captioned matter via United States mail, first-class postage prepaid, to the following individuals:

Stefanie Hatch Roach
107 Trellis Lane
Ladson, SC 29456

Elizabeth R. Heilig, Esq.
Meredith Law Firm, LLC
2411 N. Oak Street, Suite 107
Myrtle Beach, SC 29577

James M. Wyman, Trustee (via electronic service)
PO Box 997
Mount Pleasant, SC 29465

/s/Kristie Price_____
Riley Pope & Laney, LLC
Kristie Price, Bankruptcy Paralegal
Post Office Box 11412
Columbia, SC  29211
803-799-9993

Columbia, South Carolina
May 30, 2017

**RUSHMORE**
LOAN MANAGEMENT
SERVICES
P.O. Box 55004
Irvine, CA 92619-2708
888.699.5600 toll free
949.341.0777 local
949.341.2200 fax
www.rushmorelm.com

April 28, 2017

MAX E BALLARD
STEFANIE H BALLARD
MEREDITH LAW FIRM, LLC
4000 FABER PLACE DR STE 120
N CHARLESTON SC 29405-8585

**Your New Loan Number:** ▮▮▮▮▮▮▮▮
Property Address:    107 TRELLIS LANE
                     SUMMERVILLE, SC 29456

### NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING

Dear Mortgagor(s):

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from HSBC Bank USA, N.A. to Rushmore Loan Management Services LLC (Rushmore), effective 04/17/2017. The transfer of the servicing of your mortgage does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your previous servicer send you this notice at least 15 days before the effective date of transfer. As your new servicer, we must also send you this notice no later than 15 days after this effective date or at closing.

Your previous servicer was HSBC Bank USA, N.A.. The prior servicer's address is as follows: 1 Mortgage Way, Mt. Laurel, NJ 08054. If you have any questions regarding the transfer of servicing from your previous servicer, call HSBC Bank USA, N.A. Customer Service at 1-866-435-7085 between Monday-Friday, 8:30AM-8:00PM EST. This is a toll free number.

---

**Rushmore will be your new servicer. The business addresses for your new servicer are as follows:**

**Correspondence Address**
Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd., Suite 100
Irvine, CA 92618

**Payment Address**
Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

If you have any questions related to the transfer of servicing to Rushmore, call our Customer Service Department at **888-504-6700** between **Monday through Thursday, 6 a.m. to 7 p.m., Friday 6 a.m. to 6 p.m. Pacific**. Please have your new loan number shown above available when calling.

Rushmore offers several convenient ways to make your monthly payment. You can make your payment by phone at **888-504-6700** or through our website at **www.rushmorelm.com**. Click on the upper banner called **ACCOUNT LOGIN** and you can make a Payment or sign-up for **Auto Draft Payments**. Rushmore highly recommends this option, as it helps prevent you being late on any of your very important mortgage payments. For a small fee you can also utilize Western Union Quick Collect (**Code City: Rushmore Code State: CA**).

---

The date that your present servicer HSBC Bank USA, N.A. will stop accepting your payments is 04/16/2017. The date that Rushmore will begin accepting payments from you is 04/17/2017. Send all payments due on or after that due date to your new servicer. A billing statement from Rushmore will be mailed to you within 15 to 30 days.

If you are currently making your mortgage payment through a third-party (automatic, government allotment, biweekly, or bill service), please take the necessary steps to advise them of your new loan number shown above and change the payee to your new servicer. In the event of a payment change, it is your responsibility to notify the third-party of the new payment amount and new address to send the payments.

**Important note**: If you entered into an approved loss mitigation plan with you prior loan servicer, or if you had a loss mitigation application in process with your prior servicer, please call Rushmore immediately, toll-free, at 888-504-7300, to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Rushmore.

You should also be aware of the following information, which is referred to in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC §2605).

During the 60-day period following the effective date of transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new servicer as late, and a late charge fee may not be assessed.

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way:

Rushmore does not collect and remit any type of optional insurance to your insurance company. Any premiums for any such optional policy that was being collected and remitted by your prior servicer will be discontinued by Rushmore as of the effective date of the transfer of servicing. If you wish to retain such optional insurance, you should contact your optional product service provider about your ability to continue such insurance and how to make premium payments.

**Notice of Error Resolution & Information Request Procedures**
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC. (RLMS). Please keep this document
for your records.

If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:

<u>**Rushmore Loan Management Services LLC**</u>
**P.O. Box 52262**
**Irvine, California 92619-2262**

All written requests for information or notices of error should contain the following information:
1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information
   regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Please keep this document for your records.**

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Should you have any questions, please contact our Customer Service Department at toll-free **888-504-6700**, **Monday through Thursday, 6 a.m. to 7 p.m., Friday 6 a.m. to 6 p.m. Pacific**.

Sincerely,

Rushmore Loan Management Services LLC

**ADDITIONAL NOTICE**

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.